UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

MICHAEL MORGAN,

NOT FOR PUBLICATION
ORDER

                                    Plaintiff,

            -against-                                    03-CV-2655(CBA)(LB)

DR. KENNETH CHO,

                                    Defendant.

---------------------------------------------------------X

AMON, United States District Judge:

        Plaintiff filed this *pro se* action on May 23, 2003, making claims of violations of civil

rights under 42 U.S.C. § 1983. The Court dismissed plaintiff's claims against all defendants save

Dr. Kenneth Cho on June 30, 2003. In that order, the Court directed plaintiff to file an amended

complaint as to Dr. Cho, which the plaintiff timely filed on July 25, 2003, along with a motion

for reconsideration. But for a letter to the Court by plaintiff on July 14, 2004, plaintiff has taken

no action in this case since the Second Circuit dismissed his appeal of the June 30 Order on

March 25, 2004.

        On September 23, 2008, Magistrate Judge Lois Bloom issued an Order directing plaintiff

to show good cause in writing by October 13, 2008 as to why the case should not be dismissed as

abandoned. After plaintiff failed to respond in any way, Magistrate Judge Bloom issued a Report

and Recommendation ("R&R") on November 24, 2008, recommending that this case be

dismissed. The Magistrate Judge further recommended that this Court certify pursuant to 28

U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and that therefore *in forma*

*pauperis* status should be denied for the purpose of any appeal. Coppedge v. United States, 369

1

U.S. 438, 444-45 (1962). The R&R informed plaintiff that he had 10 days from service of the R&R to file objections, see Fed. R. Civ. P. 72, and the accompanying docket entry also provided a deadline of December 15, 2008.

The time for filing objections has lapsed, and Morgan has not attempted to correspond with the Court in any way.[1] Accordingly, the Court adopts Magistrate Judge Bloom's R&R and exercises its inherent power to dismiss this case for failure to prosecute. See Link v. Wabash R.R. Co., 370 U.S. 626, 629-33 (1962). This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Clerk of the Court is directed to enter judgment and to close this case.

SO ORDERED.

Dated: Brooklyn, New York
December 2⁴, 2008

/Signed by Judge Amon/

Carol Bagley Amon
United States District Judge

---

[1]Failure to object generally waives any further judicial review, either in this Court or on appeal. See Marcella v. Capital District Physician's Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002).

2